**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **VALLEY BEACH CONDOMINIUM, INC.,** | ) | |
| | ) | **New Western Division case** |
| **Plaintiff,** | ) | **No. 3:24-cv-50278** |
| | ) | |
| | ) | **(Previous Eastern Division case** |
| **v.** | ) | **No. 1:23-cv-14247)** |
| | ) | |
| **MID-CENTURY INSURANCE COMPANY,** | ) | **Honorable Rebecca R. Pallmeyer** |
| | ) | |
| **Defendant.** | ) | **Magistrate Judge Margaret Schneider** |

**JOINT STATUS REPORT ON MEDIATION AND SETTLEMENT**

NOW COME the Plaintiff, VALLEY BEACH CONDOMINIUMS ("VALLEY BEACH" or "Plaintiff"), and Defendant, MID-CENTURY INSURANCE COMPANY (”MID-CENTURY" or "Defendant"), and for their Status Report on the November 21, 2024 Mediation and settlement state as follows:

1. On November 6, 2024, the parties advised the Court that a Mediation was scheduled for November 21, 2024. The Court ordered the parties to provide a written status report by December 5, 2024, regarding the mediation. (Dkt. 35)

2. The parties are pleased to advise the Court that this matter has been settled in its entirety, with each party to bear their own costs, including costs related to mediation.

3. The Parties respectfully request that this matter be dismissed with prejudice, with this Court keeping jurisdiction to enforce the settlement agreement between the Parties.

WHEREFORE, Plaintiff, VALLEY BEACH CONDOMINIUMS, and Defendant, MID-CENTURY INSURANCE COMPANY, hereby request that this Court enter an Order dismissing

this case with prejudice, with the Court keeping jurisdiction as to any issues arising in the settlement agreement, and for such other and further relief as the Court deems just and proper.

Dated: December 4, 2024

Respectfully submitted,

VALLEY BEACH CONDOMINIUMS, INC.

By: */s/ Damian S. Sullivent*
One of its Attorneys

Damian S. Sullivent
NESSLER & ASSOCIATES, LTD.
1600 West Bay Drive
Largo, Florida 33770
(727) 333-7093
dsullivent@nesserlaw.com

MID-CENTURY INSURANCE COMPANY

By: */s/ James J. Knibbs*
One of its Attorneys

Michael L. Foran
James J. Knibbs
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
222 North LaSalle Street, Suite 1400
Chicago, Illinois 60601
(312) 863-5000
mforan@fgppr.com
jknibbs@fgppr.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

Damian S. Sullivent
NESSLER & ASSOCIATES, LTD.
1600 West Bay Drive
Largo, Florida 33770
(727) 333-7093
dsullivent@nesserlaw.com

/s/ *James J. Knibbs*
James J. Knibbs